IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GEOFFREY BOSHIER,               )
                                )
        *Plaintiff*,            )
v.                              )        NO. 3:03-00918
                                )        JUDGE HAYNES
VOUGHT AIRCRAFT INDUSTRIES,     )
INC.,                           )
                                )
        *Defendant*.           )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for

judgment as a matter of law and motion for a new trial (Docket Entry No. 74) is **DENIED**; and

the Defendant's motion for a stay of the judgment (Docket Entry No. 77) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ___28th___ day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge